**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JUDGE CHIN

---

MIDDLESEX COUNTY RETIREMENT
SYSTEM, Individually and On Behalf Of All Others
Similarly Situated,

                         Plaintiffs,

      vs.

SEMTECH CORP., JOHN D. POE, JASON L.
CARLSON, MOHAN R. MAHESWARAN,
DAVID G. FRANZ, JR., and JOHN M.
BAUMANN,

                       Defendants.

Case **07 CIV 7183**

**Rule 7.1 Statement**



RECEIVED

AUG 1 0 2007

U.S.D.C. S.D. N.Y.
CASHIERS

---

Pursuant to Federal Rule of Civil Procedures 7.1 [formerly Local General

Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel for Plaintiffs Middlesex County

Retirement System (a private non-governmental party) certifies that the following are

corporate parents, affiliates and/or subsidiaries, of said party which are publicly held: None.

Date: ___8/10/07___

_____
Christopher J. Keller (CK-2347)