| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| : | | |
| : | | |
| : | | |
| : | | |
| : | | |
| Telephone No: | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Southern District Of New York |

| Plaintiff: MIDDLESEX COUNTY RETIREMENT SYSTEM, ETC. |
|---|
| Defendant: SEMTECH CORP., ET AL. |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 7183 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL COVER SHEET, RULE 7.1 STATEMENT JUDGES RULES, INSTRUCTIONS AND PROCEDURES FOR ELECTRONIC CASE FILING

3. a. Party served:        JASON L. CARLSON
   b. Person served:       JOHN DOE, OCCUPANT AT RESIDENCE, REFUSED NAME AND / OR TO VERIFY ANY INFORMATION, White, Male, 45 Years Old, Brown Hair, Brown Eyes, 6 Feet 2 Inches, 190 Pounds

4. Address where the party was served:    591 CORTE CARRIDA
   Camarillo, CA  93010

5. I served the party:
   b. **by substituted service.** On: Wed., Aug. 22, 2007 at: 8:25PM by leaving the copies with or in the presence of:
   JOHN DOE, OCCUPANT AT RESIDENCE, REFUSED NAME AND / OR TO VERIFY ANY INFORMATION
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. NANCY J BANFIELD
   b. **LEGALEASE, INC.**
      139 FULTON STREET
      NEW YORK, NY  10038
   c. 212.393.9070

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*    LA 5054
      (iii) *County:*              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Aug. 23, 2007

(NANCY J BANFIELD)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

3939070.8039

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, **Individually And on behalf of all Others Similarly Situated,** | Case No. 07 cv 7183 |
| Plaintiffs, | |
| -v- | |
| SEMTECH CORP., et al, | AFFIDAVIT OF MAILING |
| Defendants. | |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 27, 2007 I mailed a true copy of the within Summons & complaint, Civil Cover Sheet, Rule 7.1 Statement, Judges Rules, Instructions and Procedures for Electronic Case Filing to Jason L. Carlson at 591 Corte Corrida, Camarillo, CA 93010, his actual place of residence by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Ian Thomson
Lic. 1150441

Sworn to before me this
27th day of August 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

*LegalEase Inc.*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| : | | |
| : | | |
| : | | |
| : | | |
| : | | |
| : | Ref. No or File No.: | |
| Telephone No: | | |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court, Southern District Of New York

Plaintiff: MIDDLESEX COUNTY RETIREMENT SYSTEM, ETC.

Defendant: SEMTECH CORP., ET AL.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 7183 |
|---|---|---|---|---|

1. I, NANCY J BANFIELD, and any employee or independent contractors retained by LEGALEASE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JASON L. CARLSON as follows:

2. Documents:    SUMMONS AND COMPLAINT; CIVIL COVER SHEET, RULE 7.1 STATEMENT JUDGES RULES, INSTRUCTIONS AND PROCEDURES FOR ELECTRONIC CASE FILING.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 08/20/07 | 7:05pm | Home | TRIED GIVEN RESIDENCE ADDRESS, LARGE ESTATE AT LOCATION. HOUSE IS LANDSCAPED AND MAINTAINED. NO ACCESS TO METERS OR MAIL. TRIED PHONE NUMBER FROM OUT FRONT, NUMBER PROVIDED IS DISCONNECTED. Attempt made by: NANCY J BANFIELD. Attempt at: 591 CORTE CARRIDA  Camarillo CA 93010. |
| Tue | 08/21/07 | 7:45am | Home | TRIED GIVEN RESIDENCE, NO ANSWER AT THE DOOR. NO CHANGES Attempt made by: NANCY J BANFIELD. Attempt at: 591 CORTE CARRIDA Camarillo CA 93010. |
| Tue | 08/21/07 | 7:58pm | Home | TRIED GIVEN RESIDENCE, NO ANSWER AT THE DOOR. NO CHANGES Attempt made by: NANCY J BANFIELD. Attempt at: 591 CORTE CARRIDA Camarillo CA 93010. |
| Wed | 08/22/07 | 8:10pm | Home | TRIED GIVEN RESIDENCE, NO ANSWER AT THE DOOR. PORCH LIGHT ON. WAITED OUT FRON FOR SEVERAL MINUTES, KNOCKED AGAIN, STILL NO RESPONSE Attempt made by: NANCY J BANFIELD. Attempt at: 591 CORTE CARRIDA  Camarillo CA 93010. |
| Wed | 08/22/07 | 8:25pm | Home | LEFT LOCATION FOR A WHILE AND STAYED IN THE AREA. CAME BACK AND HONKED HORN. AT THAT POINT, A LIGHT CAME ON INSIDE AND A MALE WAS VISIBLE THROUGH THE WINDOW. HE IS A MALE, CAUCASIAN, 45 YEARS, BROWN HAIR & EYES, 6'2", 190 LBS. HE REFUSED TO ACCEPT SERVICE, EVADING. Attempt made by: NANCY J BANFIELD. Attempt at: 591 CORTE CARRIDA  Camarillo CA 93010. |

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| : <br> : <br> : <br> : <br> : <br> : <br> : <br> *Telephone No:* | *Ref. No or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court, Southern District Of New York |

*Plaintiff:* MIDDLESEX COUNTY RETIREMENT SYSTEM, ETC.

*Defendant:* SEMTECH CORP., ET AL.

| **AFFIDAVIT OF** <br> **REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 07 CIV 7183 |
|---|---|---|---|---|

## SUMMONS & COMPLAINT

| Day | Date | Time | Location | **R e s u l t s** |
|---|---|---|---|---|
| Wed | 08/22/07 | 8:25pm | Home | Substituted Service on: JASON L. CARLSON Home - 591 CORTE CARRIDA Camarillo, CA. 93010  by Serving: JOHN DOE, OCCUPANT AT RESIDENCE, REFUSED NAME AND / OR TO VERIFY ANY INFORMATION, White, Male, 45 Years Old, Brown Hair, Brown Eyes, 6 Feet 2 Inches, 190 Pounds Member Household over 18  by leaving a copy of the document(s) with: JOHN DOE, OCCUPANT AT RESIDENCE, REFUSED NAME AND / OR TO VERIFY ANY INFORMATION.  Served by: NANCY J BANFIELD |

3.  *Person Executing*
    a. NANCY J BANFIELD
    b. LEGALEASE, INC.
      139 FULTON STREET
      NEW YORK, NY  10038
    c. 212.393.9070

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.. The Fee** *for service was:*
*e. I am:* (3) registered California process server
      *(i)*   Independent Contractor
      *(ii)*  Registration No.:    LA 5054
      *(iii)* *County:*      Los Angeles

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Thu, Aug. 23, 2007     **AFFIDAVIT OF REASONABLE DILIGENCE**    (NANCY J BANFIELD)

    Page: 2

3939070.8039