| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Southern District Of New York |

| Plaintiff: MIDDLESEX COUNTY RETIREMENT SYSTEM, ETC. |
|---|
| Defendant: SEMTECH CORP., ET AL. |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 7183 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL COVER SHEET, RULE 7.1 STATEMENT JUDGES RULES, INSTRUCTIONS AND PROCEDURES FOR ELECTRONIC CASE FILING

3. a. Party served: DAVID G. FRANZ, JR.
   b. Person served: BETTY CORIADO, LIVE-IN NANNY/CO-OCCUPANT, Hispanic, Female, 30 Years Old, Dark Brown Hair, Brown Eyes, 5 Feet 4 Inches, 130 Pounds

4. Address where the party was served: 5553 WELLESLEY DRIVE
   Calabasas, CA 91302

5. I served the party:
   b. **by substituted service.** On: Wed., Aug. 22, 2007 at: 6:30PM by leaving the copies with or in the presence of:
   BETTY CORIADO, LIVE-IN NANNY/CO-OCCUPANT
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*
   a. JERRY P. JENS
   b. LEGALEASE, INC.
   139 FULTON STREET
   NEW YORK, NY 10038
   c. 212.393.9070

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 5381
   (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Aug. 23, 2007

   (JERRY P. JENS)   3939070.8043

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, Individually And on behalf of all Others Similarly Situated, | Case No. 07 cv 7183 |
| Plaintiffs, | |
| -v- | AFFIDAVIT OF MAILING |
| SEMTECH CORP., et al, | |
| Defendants. | |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 27, 2007 I mailed a true copy of the within Summons & complaint, Civil Cover Sheet, Rule 7.1 Statement, Judges Rules, Instructions and Procedures for Electronic Case Filing to David G. Franz, Jr. at 5553 Wellesley Drive, Calasbasas, CA 91302, his actual place of residence by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Ian Thomson
Lic. 1150441

Sworn to before me this
27th day of August 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

LegalEase Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796