| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | | | |
| Plaintiff: MIDDLESEX COUNTY RETIREMENT SYSTEM, ETC. | | | | |
| Defendant: SEMTECH CORP., ET AL. | | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 7183 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL COVER SHEET, RULE 7.1 STATEMENT JUDGES RULES, INSTRUCTIONS AND PROCEDURES FOR ELECTRONIC CASE FILING

3. a. Party served:        MOHAN MAHESWARAN
   b. Person served:       SUZANNA FABOS, GENERAL COUNSEL, SEMTEC CORP.

4. Address where the party was served:    200 FLYNN ROAD
                                          Camarillo, CA  93010

5. I served the party:
   b. **by substituted service.** On: Wed., Aug. 22, 2007 at: 4:04PM by leaving the copies with or in the presence of:
      SUZANNA FABOS, GENERAL COUNSEL, SEMTEC CORP.
      (1) **(Business)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY J BANFIELD                                 d. *The Fee for Service was:*
   b. LEGALEASE, INC.                                  e. I am: (3) registered California process server
      139 FULTON STREET                                   (i)   Independent Contractor
      NEW YORK, NY  10038                                 (ii)  Registration No.:    LA 5054
   c. 212.393.9070                                        (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Aug. 23, 2007

Judicial Council Form                  PROOF OF SERVICE                (NANCY J BANFIELD)           3939070.8041
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, Individually And on behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>-v-<br><br>SEMTECH CORP., et al,<br><br>Defendants. | Case No.<br>07 cv 7183<br><br><br>AFFIDAVIT OF<br>MAILING |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 27, 2007 I mailed a true copy of the within Summons & complaint, Civil Cover Sheet, Rule 7.1 Statement, Judges Rules, Instructions and Procedures for Electronic Case Filing to Mohan Maheswawaran c/o Semtec Corp., 200 Flynn Road, Camarillo, CA 930120-8790, his actual place of business, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Ian Thomson
Lic. 1150441

Sworn to before me this
27th day of August 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796