| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | |
| Plaintiff: MIDDLESEX COUNTY RETIREMENT SYSTEM, ETC. | | |
| Defendant: SEMTECH CORP., ET AL. | | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 7183 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL COVER SHEET, RULE 7.1 STATEMENT JUDGES RULES, INSTRUCTIONS AND PROCEDURES FOR ELECTRONIC CASE FILING

3. a. Party served:                SEMTECH CORP.
   b. Person served:               SUZANNA FABOS, GENERAL COUNSEL

4. Address where the party was served:    200 FLYNN ROAD
                                          Camarillo, CA  93010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 22, 2007 (2) at: 4:04PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY J BANFIELD                   d. *The Fee for Service was:*
   b. LEGALEASE, INC.                    e. I am: (3) registered California process server
      139 FULTON STREET                       (i)   Independent Contractor
      NEW YORK, NY  10038                     (ii)  Registration No.:   LA 5054
   c. 212.393.9070                            (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Aug. 23, 2007

[Signature: Nancy J Banfield]

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

3939070.8037