# MEMO ENDORSED

Chin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2007

Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
TEL: (212) 318-6000

*Attorneys for Defendants Semtech Corp. and Mohan R. Maheswaran*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIDDLESEX COUNTY RETIREMENT
SYSTEM, on behalf of itself and all others
similarly situated,

              Plaintiff,

- against -

SEMTECH CORP., JOHN D. POE,
JASON L. CARLSON, MOHAN R.
MAHESWARAN, DAVID G. FRANZ, JR.,
and JOHN M. BAUMANN,

              Defendants.

07-CIV-7183 (DC)

CLASS ACTION

---

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

1. Lead Plaintiff(s) shall serve an Amended Consolidated Complaint within 60 days after a decision is entered on all motions for Lead Plaintiff and Lead Counsel; and

2. Any motions directed at the Amended Consolidated Complaint shall be filed within forty-five (45) days from the date on which the Amended Consolidated Complaint is served on the defendants. Lead Plaintiff(s) shall file any opposition memoranda within forty-five (45) days thereafter. Defendants shall file any reply memoranda within thirty (30) days thereafter.

LEGAL_US_E # 76289979.1

3.  Any defendant that does not file a motion directed at the Amended Consolidated Complaint shall file an answer or other responsive pleading within forty-five (45) days from the date on which the Amended Consolidated Complaint is served on that defendant.

4.  Pending service of the Amended Consolidated Complaint, defendants need not respond to the complaint(s) in this or any constituent action.

STIPULATED AND AGREED:

Dated: September 25, 2007

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW
& RUDOFF LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Attorneys for Plaintiff*

By: _____
Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Christopher H. McGrath
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500

          Thomas A. Zaccaro
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

*Attorneys for Defendants, Semtech Corp., Mohan R. Maheswaran and Jason L. Carlson*

By: /s/ John J. Clarke, Jr.

John J. Clarke, Jr. (JC-3449)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4920

Robert W. Brownlie
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665

*Attorneys for Defendant David G. Franz, Jr.*

By: _____

Michele A. Higgins
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900

Thomas A. Zaccaro
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

*Attorneys for Defendants, Semtech Corp., Mohan R. Maheswaran and Jason L. Carlson*

By: _____
John J. Clarke, Jr. (JC-3449)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4920

Robert W. Brownlie
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665

*Attorneys for Defendant David G. Franz, Jr.*

By: _____
Michele A. Higgins
KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900

Michael J. Quinn
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000

*Attorneys for Defendant John M. Bauman*

By: _____
Grace L. Chan
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th floor
New York, NY 10022
Telephone: (212) 896-6500

Robert E. Gooding, Jr.
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 759-3916

Bart H. Williams
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9295

*Attorneys for Defendant John D. Poe*

SO ORDERED:

_____
Honorable Denny Chin
United States District Judge

10/1/07