**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN, <br><br> Defendants. | Case No. 07-CIV 7183 (DC) <br><br> Class Action <br><br> **STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO CENTRAL DISTRICT OF CALIFORNIA** |

WHEREAS defendant Semtech Corporation is headquartered in Camarillo, California;

WHEREAS a putative derivative action asserting claims related to Semtech Corporation's past option grant practices was filed on June 7, 2006 and remains pending before the Honorable Christina A. Snyder, United States District Court Judge, in the United States District Court for the Central District of California, *In re Semtech Corporation Derivative Litigation*, Master File No. CV-06-03510-CAS-FMOx ("Federal Derivative Action");

WHEREAS putative derivative actions filed in May and June 2006 also asserting claims related to Semtech Corporation's past option grant practices were filed in the Superior Court of California for the County of Ventura, consolidated as Case No. CIV241426, and were stayed by that court in December 8, 2006 pending the outcome of the Federal Derivative Action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that this putative class action, which also asserts claims

related to Semtech Corporation's past option grant practices, shall be and hereby is transferred to the United States District Court for the Central District of California.

IT IS ALSO HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that by entering this stipulation and agreeing to this transfer, each party reserves its arguments and defenses as to whether or not this court had personal jurisdiction over the defendants.

STIPULATED AND AGREED:

Dated: October 10, 2007

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW
 & RUDOFF LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Attorneys for Plaintiff*

By: _____
Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Christopher H. McGrath
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500

related to Semtech Corporation's past option grant practices, shall be and hereby is transferred to the United States District Court for the Central District of California.

IT IS ALSO HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that by entering this stipulation and agreeing to this transfer, each party reserves its arguments and defenses as to whether or not this court had personal jurisdiction over the defendants.

STIPULATED AND AGREED:

Dated: October __, 2007

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW
  & RUDOFF LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Attorneys for Plaintiff*

By: _____
Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Christopher H. McGrath
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500

Thomas A. Zaccaro
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

*Attorneys for Defendants, Semtech Corp., Mohan R. Maheswaran and Jason L. Carlson*

By: _____
John J. Clarke, Jr. (JC-3449)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4920

Robert W. Brownlie
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665

*Attorneys for Defendant David G. Franz, Jr.*

By: _____
Michele A. Higgins
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900

-3-

                    Thomas A. Zaccaro
                    PAUL, HASTINGS, JANOFSKY
                        & WALKER LLP
                    515 South Flower Street
                    Twenty-Fifth Floor
                    Los Angeles, CA 90071-2228
                    Telephone: (213) 683-6000

                    *Attorneys for Defendants, Semtech Corp.,*
                    *Mohan R. Maheswaran and Jason L.*
                    *Carlson*


By: _____
      John J. Clarke, Jr. (JC-3449)
      DLA PIPER US LLP
      1251 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 335-4920

      Robert W. Brownlie
      DLA PIPER US LLP
      401 B Street, Suite 1700
      San Diego, CA 92101-4297
      Telephone: (619) 699-3665

      *Attorneys for Defendant David G.*
      *Franz, Jr.*


By:    */s/ M. A. Higgins*
      Michele A. Higgins
      KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
      599 Lexington Avenue
      New York, NY 10022-6030
      Telephone: (212) 536-3900

                    Michael J. Quinn
                    KIRKPATRICK & LOCKHART
                      PRESTON GATES ELLIS LLP
                    10100 Santa Monica Blvd., 7th Floor
                    Los Angeles, CA 90067
                    Telephone: (310) 552-5000

                    *Attorneys for Defendant John M. Baumann*

By: _____
        Grace L. Chan
        HOWREY LLP
        Citigroup Center
        153 East 53rd Street, 54th Floor
        New York, NY 10022
        Telephone: (212) 896-6500

        Robert E. Gooding, Jr.
        HOWREY LLP
        2020 Main Street, Suite 1000
        Irvine, CA 92614
        Telephone: (949) 759-3916

        Bart H. Williams
        MUNGER, TOLLES & OLSON LLP
        355 South Grand Avenue, 35th Floor
        Los Angeles, CA 90071-1560
        Telephone: (213) 683-9295

        *Attorneys for Defendant John D. Poe*

SO ORDERED:

_____
Honorable Denny Chin
United States District Judge

10/15/07

LEGAL_US_W # 57239652.1

-4-