UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN<br><br>Defendants. | **CASE DESIGNATED FOR E-FILING**<br><br><br><br>Case No. 1:07-cv-7183 (DC) (THK) |
| LAWRENCE CHAYT, on behalf of himself and all others similarly situated, Plaintiff,<br>vs.<br>SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN Defendants. | **CASE DESIGNATED FOR E-FILING**<br><br><br><br>Case No. 1:07-cv-8641 (DC) (THK) |

**MOTION OF THE INSTITIONAL INVESTORS GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity ("Chicago Laborers'") and Jacksonville Police & Fire Pension Fund (Jacksonville Police and Fire") (collectively, the "Institutional Investors Group" or "Movant") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange

Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) appointing Movant as Lead Plaintiff on behalf of themselves and all others similarly situated who purchased or otherwise acquired securities of Semtech Corporation ("Semtech" or the "Company") September 11, 2002 through and including July 19, 2006 (the "Class Period") and incurred damages as a result of the Defendants' violations of the federal securities laws; and (ii) approving Movant's choice of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") to serve as Lead Counsel.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Catherine A. Torell and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve Movant's selection of lead counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: October 19, 2007

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
   /s/   Catherine A. Torell
Catherine A. Torell (CT-0905)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

- and -

                                Steven J. Toll
                                Daniel S. Sommers
                                Elizabeth S. Finberg
                                1100 New York Avenue, N.W.
                                West Tower, Suite 500
                                Washington, DC  20005-3964
                                Telephone: (202) 408-4600
                                Facsimile: (202) 408-4699

                                **Attorneys for the Institutional Investors Group and Proposed Lead Counsel for the Class**

Of Counsel:

Robert D. Klausner
Klausner & Kaufman, P.A.
Attorneys At Law
10059 Northwest 1st Court
Plantation, Florida 33324
Telephone: (954) 916-1202

**Attorney for Jacksonville Police & Fire Pension Fund**

IMANAGE 310203.1 73850001