# EXHIBIT B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, James S. Jorgensen, on behalf the Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against Semtech Corporation ("SMTC") and wish to join as a plaintiff retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Semtech (SMTC) during the Class Period of September 11, 2002 through July 19, 2006 were as indicated on the attached table.

5. During the three years prior to the date of this Certificate, Plaintiff has sought to serve as a representative party for a class in *In re International Rectifier Sec. Litig.*, 2:07-cv-02544-JFW-VBK (C.D. Cal.) and in *In re Pall Corp. Sec. Litig.*, 2:07-cv-3359-JS-ARL (E.D.N.Y.).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this ___10th___ Day of October, 2007.

_____
James S. Jorgensen, Administrator

**Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity : Semtech Transactions**

| Trade Date | Transaction Type (Buy/Sell) | # Shares | Share Price ($) |
|---|---|---|---|
| 10/15/2002 | PURCH | 300 | 11.8 |
| 11/4/2002 | PURCH | 400 | 15.585 |
| 11/7/2002 | PURCH | 500 | 15.721 |
| 11/25/2002 | SALE | -1,000.00 | 17.3135 |
| 11/26/2002 | SALE | -5,200.00 | 15.6634 |
| 12/20/2002 | SALE | -1,500.00 | 11.1261 |
| 12/23/2002 | SALE | -700 | 11.3151 |
| 12/24/2002 | SALE | -1,100.00 | 11.0417 |
| 12/26/2002 | SALE | -1,100.00 | 11.1042 |
| 12/27/2002 | SALE | -400 | 11.161 |
| 10/12/2004 | PURCH | 100 | 19.4975 |
| 10/13/2004 | PURCH | 600 | 20.4284 |
| 10/14/2004 | PURCH | 1,200.00 | 19.7228 |
| 10/18/2004 | PURCH | 1,200.00 | 19.2151 |
| 10/22/2004 | PURCH | 1,000.00 | 20.3994 |
| 10/22/2004 | PURCH | 1,100.00 | 20.5506 |
| 10/25/2004 | PURCH | 1,300.00 | 20.3389 |
| 10/26/2004 | PURCH | 200 | 19.2117 |
| 10/28/2004 | PURCH | 2,000.00 | 20.4096 |
| 11/11/2004 | PURCH | 1,000.00 | 20.5942 |
| 11/23/2004 | PURCH | 500 | 20.8727 |
| 11/23/2004 | PURCH | 1,600.00 | 21.0924 |
| 11/24/2004 | PURCH | 2,000.00 | 20.9926 |
| 11/30/2004 | PURCH | 3,200.00 | 20.5679 |
| 1/4/2005 | PURCH | 400 | 20.61 |
| 1/5/2005 | PURCH | 600 | 19.909 |
| 1/18/2005 | SALE | -3,100.00 | 18.8793 |
| 1/20/2005 | PURCH | 200 | 18.4623 |
| 1/25/2005 | PURCH | 400 | 17.6662 |
| 2/11/2005 | PURCH | 200 | 19.6117 |
| 2/24/2005 | SALE | -400 | 19.3233 |
| 2/24/2005 | SALE | -900 | 19.113 |
| 2/25/2005 | SALE | -600 | 19.6859 |
| 3/2/2005 | PURCH | 200 | 19.25 |
| 3/4/2005 | PURCH | 900 | 18.9076 |
| 4/12/2005 | PURCH | 100 | 17.4708 |
| 4/13/2005 | PURCH | 200 | 17.3948 |
| 7/19/2005 | SALE | -1100 | 18.0899 |
| 8/29/2005 | SALE | -1000 | 17.0545 |
| 9/20/2005 | SALE | -800 | 15.6342 |
| 9/21/2005 | SALE | -700 | 15.4512 |
| 9/22/2005 | SALE | -1000 | 15.7 |
| 9/22/2005 | SALE | -1100 | 15.3884 |
| 9/23/2005 | SALE | -600 | 15.8485 |
| 9/23/2005 | SALE | -3500 | 15.8485 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 9/26/2005 | SALE | -1600 | 15.8653 |
| 9/27/2005 | SALE | -3800 | 15.6013 |
| 11/30/2005 | PURCH | 13100 | 19.2899 |
| 12/1/2005 | PURCH | 2300 | 20.6616 |
| 12/2/2005 | PURCH | 1500 | 20.6938 |
| 12/5/2005 | PURCH | 1300 | 20.3388 |
| 12/6/2005 | PURCH | 1500 | 20.5665 |
| 12/7/2005 | PURCH | 1300 | 20.1687 |
| 12/8/2005 | PURCH | 1300 | 19.5478 |
| 12/16/2005 | PURCH | 1300 | 19.0235 |
| 12/23/2005 | PURCH | 1600 | 18.8428 |
| 12/29/2005 | PURCH | 900 | 18.5917 |
| 1/5/2006 | PURCH | 500 | 19.0755 |
| 1/5/2006 | PURCH | 1100 | 19.0857 |
| 1/20/2006 | PURCH | 400 | 17.7023 |
| 1/24/2006 | PURCH | 500 | 17.9035 |
| 3/30/2006 | PURCH | 200 | 17.7557 |
| 4/28/2006 | PURCH | 200 | 18.7587 |
| 7/24/2006 | PURCH | 300 | 12.0924 |
| 7/31/2006 | PURCH | 500 | 12.6571 |
| 5/4/2006 | SALE | 400 | 18.3208 |
| 5/23/2006 | SALE | 3900 | 15.5618 |
| 5/24/2006 | SALE | 1500 | 15.229 |
| 5/26/2006 | SALE | 400 | 15.6146 |
| 5/31/2006 | SALE | 100 | 16.9009 |
| 6/1/2006 | SALE | 1300 | 17.0364 |

LIFO

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2002 | PURCH | 300 | 11.8 | 300 | 0 | 0 | 300 | $ 3,540.00 | | | |
| 11/14/2002 | PURCH | 400 | 15.585 | 400 | 0 | 0 | 700 | $ 6,234.00 | | | |
| 11/7/2002 | PURCH | 500 | 15.721 | 500 | 0 | 0 | 1200 | $ 7,860.50 | | | |
| 11/25/2002 | SALE | 1000 | 17.3135 | 0 | -1000 | -1000 | 200 | | $ (17,313.50) | Total Class Period Shares Retained: | 22200 |
| 11/26/2002 | SALE | 5200 | 15.6634 | 0 | -5200 | -200 | 0 | | $ (3,132.68) | 90-day Loss Price | 12.60 |
| 12/20/2002 | SALE | 1500 | 11.1261 | 0 | -1500 | 0 | 0 | $ - | $ - | | |
| 12/23/2002 | SALE | 700 | 11.3151 | 0 | -700 | 0 | 0 | $ - | $ - | | |
| 12/24/2002 | SALE | 1100 | 11.0417 | 0 | -1100 | 0 | 0 | $ - | $ - | | |
| 12/26/2002 | SALE | 1100 | 11.1042 | 0 | -1100 | 0 | 0 | $ - | $ - | | |
| 12/27/2002 | SALE | 400 | 11.161 | 0 | -400 | 0 | 0 | $ - | $ - | | |
| 10/12/2004 | PURCH | 100 | 19.4975 | 100 | 0 | 0 | 100 | $ 1,949.75 | | | |
| 10/13/2004 | PURCH | 600 | 20.4284 | 600 | 0 | 0 | 700 | $ 12,257.04 | | | |
| 10/14/2004 | PURCH | 1200 | 19.7228 | 1200 | 0 | 0 | 1900 | $ 23,667.36 | | | |
| 10/18/2004 | PURCH | 1200 | 19.2151 | 1200 | 0 | 0 | 3100 | $ 23,058.12 | | | |
| 10/22/2004 | PURCH | 1000 | 20.3994 | 1000 | 0 | 0 | 4100 | $ 20,399.40 | | | |
| 10/22/2004 | PURCH | 1100 | 20.5506 | 1100 | 0 | 0 | 5200 | $ 22,605.66 | | | |
| 10/22/2004 | PURCH | 1300 | 20.3389 | 1300 | 0 | 0 | 6500 | $ 26,440.57 | | | |
| 10/25/2004 | PURCH | 200 | 19.2117 | 200 | 0 | 0 | 6700 | $ 3,842.34 | | | |
| 10/26/2004 | PURCH | 2000 | 20.4096 | 2000 | 0 | 0 | 8700 | $ 40,819.20 | | | |
| 10/28/2004 | PURCH | 1000 | 20.5942 | 1000 | 0 | 0 | 9700 | $ 20,594.20 | | | |
| 11/11/2004 | PURCH | 500 | 20.8727 | 500 | 0 | 0 | 10200 | $ 10,436.35 | | | |
| 11/23/2004 | PURCH | 1600 | 21.0924 | 1600 | 0 | 0 | 11800 | $ 33,747.84 | | | |
| 11/24/2004 | PURCH | 2000 | 20.9926 | 2000 | 0 | 0 | 13800 | $ 41,985.20 | | | |
| 11/30/2004 | PURCH | 3200 | 20.5679 | 3200 | 0 | 0 | 17000 | $ 65,817.28 | | | |
| 1/4/2005 | PURCH | 400 | 20.61 | 400 | 0 | 0 | 17400 | $ 8,244.00 | | | |
| 1/5/2005 | PURCH | 600 | 19.909 | 600 | 0 | 0 | 18000 | $ 11,945.40 | | | |
| 1/18/2005 | SALE | 3100 | 18.8793 | 0 | -3100 | -3100 | 14900 | | $ (58,525.83) | Total Loss: | $ 243,013.72 |
| 1/20/2005 | PURCH | 200 | 18.4623 | 200 | 0 | 0 | 15100 | $ 3,692.46 | | | |
| 1/25/2005 | PURCH | 400 | 17.6662 | 400 | 0 | 0 | 15500 | $ 7,066.48 | | | |
| 2/11/2005 | PURCH | 200 | 19.6117 | 200 | 0 | 0 | 15700 | $ 3,922.34 | | | |
| 2/24/2005 | SALE | 400 | 19.3233 | 0 | -400 | -400 | 15300 | | $ (7,729.32) | | |
| 2/24/2005 | SALE | 900 | 19.113 | 0 | -900 | -900 | 14400 | | $ (17,201.70) | | |
| 2/25/2005 | SALE | 600 | 19.6859 | 0 | -600 | -600 | 13800 | | $ (11,811.54) | | |
| 3/2/2005 | PURCH | 200 | 19.25 | 200 | 0 | 0 | 14000 | $ 3,850.00 | | | |
| 3/4/2005 | PURCH | 900 | 18.9076 | 900 | 0 | 0 | 14900 | $ 17,016.84 | | | |
| 4/12/2005 | PURCH | 100 | 17.4708 | 100 | 0 | 0 | 15000 | $ 1,747.08 | | | |
| 4/13/2005 | PURCH | 200 | 17.3948 | 200 | 0 | 0 | 15200 | $ 3,478.96 | | | |
| 7/19/2005 | SALE | 1100 | 18.0899 | 0 | -1100 | -1100 | 14100 | | $ (19,898.89) | | |
| 8/29/2005 | SALE | 1000 | 17.0545 | 0 | -1000 | -1000 | 13100 | | $ (17,054.50) | | |
| 9/20/2005 | SALE | 800 | 15.6342 | 0 | -800 | -800 | 12300 | | $ (12,507.36) | | |
| 9/21/2005 | SALE | 700 | 15.4512 | 0 | -700 | -700 | 11600 | | $ (10,815.84) | | |
| 9/22/2005 | SALE | 1000 | 15.7 | 0 | -1000 | -1000 | 10600 | | $ (15,700.00) | | |
| 9/22/2005 | SALE | 1100 | 15.3884 | 0 | -1100 | -1100 | 9500 | | $ (16,927.24) | | |
| 9/23/2005 | SALE | 600 | 15.8485 | 0 | -600 | -600 | 8900 | | $ (9,509.10) | | |
| 9/23/2005 | SALE | 3500 | 15.8485 | 0 | -3500 | -3500 | 5400 | | $ (55,469.75) | Total Class Period Purchases: | 51200 |
| 9/26/2005 | SALE | 1600 | 15.8653 | 0 | -1600 | -1600 | 3800 | | $ (25,384.48) | Total Class Period Sales: | -38800 |
| 9/27/2005 | SALE | 3800 | 15.6013 | 0 | -3800 | -3800 | 0 | | $ (59,284.94) | Total Sales on Class Period Purchases: | -29000 |
| 11/30/2005 | PURCH | 13100 | 19.2899 | 13100 | 0 | 0 | 13100 | $ 252,697.69 | | Total Purchases: | $ 1,001,835.48 |
| | | | | | | | | | | Total Sales Proceeds | $ (479,212.76) |
| | | | | | | | | | | Total Retained Value: | $ 279,609.00 |

LIFO

| Date | Type | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| 12/1/2005 | PURCH | 2300 | 20.6616 | 2300 | 0 | 15400 | $ 47,521.68 |
| 12/2/2005 | PURCH | 1500 | 20.6938 | 1500 | 0 | 16900 | $ 31,040.70 |
| 12/5/2005 | PURCH | 1300 | 20.3388 | 1300 | 0 | 18200 | $ 26,440.44 |
| 12/6/2005 | PURCH | 1500 | 20.5665 | 1500 | 0 | 19700 | $ 30,849.75 |
| 12/7/2005 | PURCH | 1300 | 20.1687 | 1300 | 0 | 21000 | $ 26,219.31 |
| 12/8/2005 | PURCH | 1300 | 19.5478 | 1300 | 0 | 22300 | $ 25,412.14 |
| 12/16/2005 | PURCH | 1300 | 19.0235 | 1300 | 0 | 23600 | $ 24,730.55 |
| 12/23/2005 | PURCH | 1600 | 18.8428 | 1600 | 0 | 25200 | $ 30,148.48 |
| 12/29/2005 | PURCH | 900 | 18.5917 | 900 | 0 | 26100 | $ 16,732.53 |
| 1/5/2006 | PURCH | 500 | 19.07555 | 500 | 0 | 26600 | $ 9,537.75 |
| 1/5/2006 | PURCH | 1100 | 19.0857 | 1100 | 0 | 27700 | $ 20,994.27 |
| 1/20/2006 | PURCH | 400 | 17.7023 | 400 | 0 | 28100 | $ 7,080.92 |
| 1/24/2006 | PURCH | 500 | 17.9035 | 500 | 0 | 28600 | $ 8,951.75 |
| 3/30/2006 | PURCH | 200 | 17.7557 | 200 | 0 | 28800 | $ 3,551.14 |
| 4/28/2006 | PURCH | 200 | 18.7587 | 200 | 0 | 29000 | $ 3,751.74 |
| 7/24/2006 | PURCH | 300 | 12.0924 | 300 | 0 | 29300 | $ 3,627.72 |
| 7/31/2006 | PURCH | 500 | 12.6571 | 500 | 0 | 29800 | $ 6,328.55 |
| 5/4/2006 | SALE | 400 | 18.3208 | 0 | -400 | 29400 | $ (7,328.32) |
| 5/23/2006 | SALE | 3900 | 15.5618 | 0 | -3900 | 25500 | $ (60,691.02) |
| 5/24/2006 | SALE | 1500 | 15.229 | 0 | -1500 | 24000 | $ (22,843.50) |
| 5/26/2006 | SALE | 400 | 15.6146 | 0 | -400 | 23600 | $ (6,245.84) |
| 5/31/2006 | SALE | 100 | 16.9009 | 0 | -100 | 23500 | $ (1,690.09) |
| 6/1/2006 | SALE | 1300 | 17.0364 | 0 | -1300 | 22200 | $ (22,147.32) |

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, John Keane, on behalf the Jacksonville Police & Fire Pension Fund ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against Semtech Corporation ("SMTC") and wish to join as a plaintiff retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Semtech (SMTC) during the Class Period of September 11, 2002 through July 19, 2006 were as indicated on the attached table.

5. During the three years prior to the date of this Certificate, Plaintiff has sought to serve as a representative party for a class in *In re American Italian Pasta Company Securities Litig.*, 4:05-cv-00725 (ODS) (W.D. Mo.).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct to the best of my knowledge and belief.

Executed this 18th Day of October, 2007.

_____
John Keane
Executive Director-Administrator
Jacksonville Police & Fire Pension Fund

## Jacksonville Police & Fire Retirement Fund Semtech Transactions

| Trade Date | Transaction Type | # Shares | Share Price ($) |
| --- | --- | --- | --- |
| 26-Sep-03 | Buy | 11000 | 18.86 |
| 29-Sep-03 | Buy | 7300 | 19.2308 |
| 30-Sep-03 | Buy | 6200 | 18.6896 |
| 01-Oct-03 | Buy | 2400 | 19.2629 |
| 03-Oct-03 | Buy | 1000 | 20.5827 |
| 29-Oct-03 | Sell | -3900 | 22.4815 |
| 25-Feb-04 | Buy | 4860 | 24.6883 |
| 26-Feb-04 | Buy | 1340 | 24.7444 |
| 22-Mar-04 | Buy | 4800 | 20.907 |
| 31-Mar-04 | Buy | 8700 | 23.0515 |
| 25-May-04 | Sell | -3800 | 22.9 |
| 07-Jul-04 | Buy | 600 | 21.2394 |
| 28-Jul-04 | Sell | -500 | 18.54 |
| 31-May-05 | Sell | -4300 | 18.2682 |
| 16-Jun-05 | Sell | -5700 | 17.6526 |
| 26-Aug-05 | Sell | -700 | 16.6829 |
| 03-Nov-05 | Sell | -3500 | 15.916 |
| 01-Dec-05 | Sell | -2700 | 20.24 |
| 27-Jan-06 | Buy | 1200 | 19.299 |
| 11-Apr-06 | Sell | -24300 | 17.35 |

Class Period FIFO

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2003 | Buy | 11000 | 18.86 | 11000 | 0 | 0 | 11000 | $ 207,460.00 | | | |
| 9/29/2003 | Buy | 7300 | 19.2308 | 7300 | 0 | 0 | 18300 | $ 140,384.84 | | | |
| 9/30/2003 | Buy | 6200 | 18.6896 | 6200 | 0 | 0 | 24500 | $ 115,875.52 | | | |
| 10/1/2003 | Buy | 2400 | 19.2629 | 2400 | 0 | 0 | 26900 | $ 46,230.96 | | | |
| 10/3/2003 | Buy | 1000 | 20.5827 | 1000 | 0 | 0 | 27900 | $ 20,582.70 | | | |
| 10/29/2003 | Sell | 3900 | 22.4815 | 0 | -3900 | -3900 | 24000 | | $ (87,677.85) | | |
| 2/25/2004 | Buy | 4860 | 24.6883 | 4860 | 0 | 0 | 28860 | $ 119,985.14 | | | |
| 2/26/2004 | Buy | 1340 | 24.7444 | 1340 | 0 | 0 | 30200 | $ 33,157.50 | | | |
| 3/22/2004 | Buy | 4800 | 20.907 | 4800 | 0 | 0 | 35000 | $ 100,353.60 | | | |
| 3/31/2004 | Buy | 8700 | 23.0515 | 8700 | 0 | 0 | 43700 | $ 200,548.05 | | | |
| 5/25/2004 | Sell | 3800 | 22.9 | 0 | -3800 | -3800 | 39900 | | $ (87,020.00) | | |
| 7/7/2004 | Buy | 600 | 21.2394 | 600 | 0 | 0 | 40500 | $ 12,743.64 | | | |
| 7/28/2004 | Sell | 500 | 18.54 | 0 | -500 | -500 | 40000 | | $ (9,270.00) | | |
| 5/31/2005 | Sell | 4300 | 18.2682 | 0 | -4300 | -4300 | 35700 | | $ (78,553.26) | | |
| 6/16/2005 | Sell | 5700 | 17.6526 | 0 | -5700 | -5700 | 30000 | | $ (100,619.82) | | |
| 8/26/2005 | Sell | 700 | 16.6829 | 0 | -700 | -700 | 29300 | | $ (11,678.03) | | |
| 11/3/2005 | Sell | 3500 | 15.916 | 0 | -3500 | -3500 | 25800 | | $ (55,706.00) | | |
| 12/1/2005 | Sell | 2700 | 20.24 | 0 | -2700 | -2700 | 23100 | | $ (54,648.00) | | |
| 1/27/2006 | Buy | 1200 | 19.299 | 1200 | 0 | 0 | 24300 | $ 23,158.80 | | | |
| 4/11/2006 | Sell | 24300 | 17.35 | 0 | -24300 | -24300 | 0 | | $ (421,605.00) | | |
| | | | | | | | | | Total Class Period Purchases: | | 49400 |
| | | | | | | | | | Total Class Period Sales: | | -49400 |
| | | | | | | | | | Total Sales on Class Period Purchases: | | -49400 |
| | | | | | | | | | Total Class Period Shares Retained: | | 0 |
| | | | | | | | | | Total Purchases: | $ | 1,020,480.74 |
| | | | | | | | | | Total Sales Proceeds: | $ | (906,777.96) |
| | | | | | | | | | Total Loss: | $ | 113,702.78 |