UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MIDDLESEX COUNTY RETIREMENT : 
SYSTEM, On Behalf of Itself and All Others :
Similarly Situated, : Electronically Filed
 :
                        Plaintiff, : Civil Action No.: 1:07-cv-07183-DC
 : (ECF Case)
vs. :
 : Hon. Denny Chin
SEMTECH CORP., JOHN D. POE, JASON L. :
CARLSON, MOHAN R. MAHESWARAN, :
DAVID G. FRANZ, JR., and JOHN M. :
BAUMANN :
 :
                        Defendants. :
------------------------------------------------------------ x
LAWRENCE CHAYT, On Behalf of Himself :
and All Others Similarly Situated, :
 : Electronically Filed
                        Plaintiff, :
 : Civil Action No.: 1:07-cv-08641-DC
vs. : (ECF Case)
 :
SEMTECH CORP., JOHN D. POE, JASON L. :
CARLSON, MOHAN R. MAHESWARAN, :
DAVID G. FRANZ, JR., and JOHN M. :
BAUMANN :
 :
                        Defendants. :
------------------------------------------------------------ x

**MOTION OF THE MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL <u>OF SELECTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that class member the Mississippi Public Employees' Retirement System ("Mississippi PERS"), by its counsel, hereby move this Court for an Order: (i) consolidating the related actions; (ii) appointing Mississippi PERS as Lead Plaintiff of a class of purchasers of the securities of Semtech Corp. ("Semtech" or the "Company"); (iii) approving Mississippi PERS' selection of Cauley Bowman Carney & Williams, PLCC and Baron & Budd, P.C. to serve as Co-Lead Counsel, and Labaton Sucharow LLP as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Mississippi PERS submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: October 19, 2007

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Proposed Liaison Counsel*

**CAULEY BOWMAN CARNEY & WILLIAMS, PLLC**
J. Allen Carney
Randall K. Pulliam
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**BARON & BUDD, P.C,**
Russell Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Telephone:   (214) 521-3605
Facsimile: (214) 520-1181

**BARON & BUDD, P.C.**
Burton LeBlanc
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808
Telephone:   (225) 927-5441
Facsimile:   (225) 768-7999

*Attorneys for the Mississippi Public Employees'
Retirement System and Proposed Co-Lead Counsel
for the Class*