UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ---------------------------------------------------------- x | | |
| MIDDLESEX COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : : : | Civil Action No.: 1:07-cv-07183-DC (ECF Case) |
| vs. | : : | Hon. Denny Chin |
| SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN | : : : : : | |
| Defendants. | : | |
| ---------------------------------------------------------- x | | |
| LAWRENCE CHAYT, On Behalf of Himself and All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : : : | Civil Action No.: 1:07-cv-08641-DC (ECF Case) |
| vs. | : : | |
| SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN | : : : : : | |
| Defendants. | : | |
| ---------------------------------------------------------- x | | |

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT
OF THE MOTION OF THE MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT
SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

Alan I. Ellman declares under penalty of perjury this day 19th day of October, 2007:

1. I am an associate with the law firm of Labaton Sucharow LLP. I submit this declaration in support of the motion of the Mississippi Public Employees' Retirement System ("Mississippi PERS"), for consolidation, appointment as lead plaintiff of a class of purchasers of the securities of Semtech Corp. ("Semtech"), and for approval of selection of counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certification of Mississippi PERS pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of a chart of the Mississippi PERS' transactions and approximate losses in Semtech securities.

4. Attached hereto as Exhibit C is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on August 20, 2007 in Investor's Business Daily, advising the public of the pendency of a class action filed on behalf of shareholders of Semtech Corp. ("Semtech").

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Cauley Bowman Carney & Williams, PLLC.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Baron & Budd, P.C.

7. Attached hereto as Exhibit F is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

ALAN I. ELLMAN (AE-7347)