# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN,<br><br>Defendants. | Case No. 07CIV7183 |

### CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

Mississippi Public Employees' Retirement System ("Mississippi PERS" or "Plaintiff") by its counsel, Special Assistant Attorney General George W. Neville, declares under penalty of perjury that to the best of its knowledge:

1. I have reviewed a complaint against Semtech Corporation asserting claims under the federal securities laws.

2. The Attorney General of the State of Mississippi has authorized the filing of a lead plaintiff motion on behalf of Mississippi PERS by Baron & Budd, P.C.

3. Mississippi PERS did not purchase the security that is the subject of this action at the direction of Plaintiff's Counsel or in order to participate in this action or any other litigation

under the federal securities laws.

4. Mississippi PERS is willing to serve as a representative party on behalf of the class, including providing testimony at trial and deposition, if necessary. Plaintiff is willing to serve as a lead plaintiff, either individually or as part of a group, as a representative party who acts on behalf of other class members in directing the action.

5. Mississippi PERS' transactions in Semtech securities during the Class Period are attached hereto as Exhibit A.

6. During the three years prior to the date of this Certification, Mississippi PERS served as a representative party (but not a lead plaintiff) for a class in an action filed under the federal securities laws as detailed below:

*In re Cigna Corp. Securities Litigation*

7. Mississippi PERS is currently serving as Lead Plaintiff in the following private actions arising under the federal securities laws:

*In re Delphi Corporation Securities Litigation*, No. 05-MD-1725 (E.D. Mich.)
*Meyer v. Converium Holding AG*, No. 1:04-CV-07898 (MBM) (S.D.N.Y.)
*Ley v. Visteon Corp.* No. 2:05-CV-70737-RHC-VMM (E.D. Mich.)
*In re Boston Scientific Corporation*, No. 1:05-CV-11934 - JLT (Dist. Mass.)
*In re Coca-Cola Enterprises, Inc.*, No. 1:06-CV-0275-TWT (N.D. GA)
*Rudolph v. The Mills Corporation, et al.*, No. 1:06-77 (GBL) (E.D. VA)
*State Universities Retirement System of Illinois v. Sonus Networks, Inc, et al.*,
    No. 06-cv-10040 (Dist. Mass.)
*Fred P. Campo v. Sears Holdings Corporation*, No. 06-cv-04053 (S.D. NY)
*In re Merck & Co.*, No. 2:05-CV-01151-SRC-MF; 2:05-CV-02367-SRC-MF (Dist. NJ)

8. Mississippi PERS sought to serve as lead plaintiff in the following actions filed under the federal securities laws during the three years preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed as lead plaintiff:

*In re Cardinal Health, Inc., Securities Litigation*
*In re American International Group, Inc. Securities Litigation*

*In re HealthSouth Inc. Stockholder Litigation*
*In re: BearingPoint Securities Litigation*
*Weiss v. Friedman, Billings, Ramsey Group*
*In re General Motors Securities Litigation*
*In re Guidant Corp. Securities Litigation*
*Johnson v. Dana Corporation, et al.*
*In re Mercury Interactive Corp Securities Litigation*
*Fenninger v. Take-Two Interactive Software, Inc., et al.*
*Weissmann v. Par Pharmaceutical Companies, et al.*
*In re Dell, Inc.*

9. Mississippi PERS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. Mississippi PERS understands that this is not a claim form, and that its ability to share in any recovery as a member of the class in unaffected by its decision to serve as a representative party.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October, 2007.

OFFICE OF THE ATTORNEY GENERAL
STATE OF MISSISSIPPI

_____
George W. Neville
Special Assistant Attorney General
*Legal Counsel to the Public Employees'*
*Retirement System of Mississippi*

Exhibit A
Mississippi PERS

Class Period: 9/11/02 to 7/19/2006

**SEMTECH CORP**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| SMTC | 816850101 | 2795542 | US8168501018 |

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | 09/11/02 | 0.00 | | |
| Purchase | 07/25/05 | 4,900.00 | $ 18.29 | ($89,833.66) |
| Purchase | 07/26/05 | 3,400.00 | $ 18.49 | ($63,012.20) |
| Purchase | 07/26/05 | 21,100.00 | $ 18.56 | ($392,035.89) |
| Purchase | 07/27/05 | 5,100.00 | $ 18.22 | ($93,110.70) |
| Purchase | 07/28/05 | 8,000.00 | $ 18.36 | ($147,232.00) |
| Purchase | 07/29/05 | 3,000.00 | $ 18.37 | ($55,231.20) |
| Purchase | 08/01/05 | 8,500.00 | $ 18.32 | ($156,087.20) |
| Purchase | 08/02/05 | 7,600.00 | $ 19.22 | ($146,383.60) |
| Purchase | 08/03/05 | 6,800.00 | $ 18.99 | ($129,380.88) |
| Purchase | 11/02/05 | 11,200.00 | $ 15.44 | ($173,416.32) |
| Purchase | 11/03/05 | 19,800.00 | $ 16.01 | ($317,867.22) |
| Purchase | 11/04/05 | 10,500.00 | $ 16.21 | ($170,605.05) |
| Purchase | 11/07/05 | 18,000.00 | $ 16.34 | ($294,782.40) |
| Purchase | 11/08/05 | 8,900.00 | $ 16.14 | ($143,977.08) |
| Purchase | 11/09/05 | 11,200.00 | $ 16.36 | ($183,650.88) |
| Purchase | 11/10/05 | 1,400.00 | $ 16.10 | ($22,596.00) |
| Purchase | 11/11/05 | 12,500.00 | $ 16.17 | ($202,776.25) |
| Purchase | 03/14/06 | 6,800.00 | $ 18.42 | ($125,322.64) |
| Purchase | 03/14/06 | 27,500.00 | $ 18.42 | ($507,001.00) |
| Purchase | 03/15/06 | 15,600.00 | $ 18.52 | ($289,224.00) |
| Purchase | 03/15/06 | 4,900.00 | $ 18.53 | ($90,821.99) |
| Purchase | 03/16/06 | 17,700.00 | $ 18.43 | ($326,565.00) |
| Purchase | 03/16/06 | 11,700.00 | $ 18.25 | ($213,993.00) |
| Purchase | 03/16/06 | 4,700.00 | $ 17.99 | ($84,753.69) |
| Purchase | 03/16/06 | 14,400.00 | $ 18.40 | ($265,003.20) |
| Purchase | 03/17/06 | 27,300.00 | $ 18.00 | ($492,429.21) |
| Purchase | 03/20/06 | 11,700.00 | $ 18.08 | ($212,054.31) |
| Purchase | 03/21/06 | 14,600.00 | $ 18.16 | ($265,749.20) |
| Purchase | 03/22/06 | 18,600.00 | $ 18.13 | ($337,909.92) |
| Purchase | 03/23/06 | 4,700.00 | $ 18.32 | ($86,143.95) |
| Purchase | 04/03/06 | 2,500.00 | $ 18.00 | ($45,004.75) |
| Purchase | 04/04/06 | 2,100.00 | $ 17.97 | ($37,757.79) |
| Purchase | 04/05/06 | 1,000.00 | $ 17.90 | ($17,937.30) |
| Purchase | 04/05/06 | 100.00 | $ 17.91 | ($1,791.14) |
| Purchase | 04/07/06 | 1,500.00 | $ 18.07 | ($27,165.00) |
| Purchase | 04/10/06 | 2,200.00 | $ 17.83 | ($39,307.62) |
| Purchase | 04/11/06 | 2,200.00 | $ 17.41 | ($38,380.10) |

| | | | | |
|---|---|---:|---:|---:|
| Purchase | 04/12/06 | 700.00 $ | 17.50 | ($12,276.60) |
| Purchase | 04/17/06 | 700.00 $ | 17.50 | ($12,250.35) |
| Sale | 05/31/06 | -4,700.00 $ | 16.82 | $78,876.26 |
| Sale | 06/01/06 | -3,800.00 $ | 17.06 | $64,685.02 |
| Sale | 06/05/06 | -4,900.00 $ | 16.40 | $80,383.99 |
| Sale | 06/05/06 | -4,400.00 $ | 16.77 | $73,594.77 |
| Sale | 06/06/06 | -12,700.00 $ | 16.12 | $204,773.59 |
| Sale | 06/07/06 | -4,900.00 $ | 16.24 | $79,401.56 |
| Sale | 06/07/06 | -2,100.00 $ | 16.18 | $33,973.17 |
| Sale | 06/08/06 | -11,000.00 $ | 15.61 | $171,262.52 |
| Sale | 06/09/06 | -6,700.00 $ | 15.92 | $106,393.39 |
| Sale | 06/12/06 | -4,600.00 $ | 15.44 | $70,852.53 |
| Sale | 06/12/06 | -1,900.00 $ | 15.18 | $28,830.47 |
| Sale | 06/13/06 | -9,500.00 $ | 15.13 | $143,348.68 |
| Sale | 06/13/06 | -2,800.00 $ | 15.03 | $42,072.06 |
| Sale | 06/14/06 | -6,600.00 $ | 15.05 | $99,255.01 |
| Sale | 06/15/06 | -13,100.00 $ | 14.56 | $190,604.38 |
| Sale | 06/15/06 | -9,000.00 $ | 14.43 | $129,714.81 |
| Sale | 06/15/06 | -3,000.00 $ | 14.72 | $44,049.14 |
| Sale | 06/16/06 | -12,600.00 $ | 14.44 | $181,462.13 |
| Sale | 06/19/06 | -10,900.00 $ | 14.35 | $155,963.29 |
| Sale | 06/20/06 | -5,500.00 $ | 14.15 | $77,789.61 |
| Sale | 06/21/06 | -7,600.00 $ | 14.02 | $106,272.08 |
| Sale | 06/23/06 | -10,500.00 $ | 13.93 | $146,080.95 |
| Sale | 06/23/06 | -6,100.00 $ | 13.85 | $84,214.61 |
| Sale | 06/23/06 | -3,000.00 $ | 13.65 | $40,888.74 |
| Purchase | 06/26/06 | 19,500.00 $ | 14.01 | ($274,076.40) |
| Purchase | 06/27/06 | 13,900.00 $ | 14.00 | ($194,615.29) |