# Exhibit B

**Mississippi PERS**

Class Period: 9/11/02 to 7/19/2006

**SEMTECH CORP**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price* |
|---|---|---|---|---|
| SMTC | 816850101 | 2795542 | US8168501018 | $12.61 |

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | 09/11/02 | 0.00 | | |
| Sales matched to pre-class period purchases: | | 0.00 | | 0.00 |
| Purchase | 07/25/05 | 4,900.00 | $ 18.29 | ($89,833.66) |
| Purchase | 07/26/05 | 3,400.00 | $ 18.49 | ($63,012.20) |
| Purchase | 07/26/05 | 21,100.00 | $ 18.56 | ($392,035.89) |
| Purchase | 07/27/05 | 5,100.00 | $ 18.22 | ($93,110.70) |
| Purchase | 07/28/05 | 8,000.00 | $ 18.36 | ($147,232.00) |
| Purchase | 07/29/05 | 3,000.00 | $ 18.37 | ($55,231.20) |
| Purchase | 08/01/05 | 8,500.00 | $ 18.32 | ($156,087.20) |
| Purchase | 08/02/05 | 7,600.00 | $ 19.22 | ($146,383.60) |
| Purchase | 08/03/05 | 6,800.00 | $ 18.99 | ($129,380.88) |
| Purchase | 11/02/05 | 11,200.00 | $ 15.44 | ($173,416.32) |
| Purchase | 11/03/05 | 19,800.00 | $ 16.01 | ($317,867.22) |
| Purchase | 11/04/05 | 10,500.00 | $ 16.21 | ($170,605.05) |
| Purchase | 11/07/05 | 18,000.00 | $ 16.34 | ($294,782.40) |
| Purchase | 11/08/05 | 8,900.00 | $ 16.14 | ($143,977.08) |
| Purchase | 11/09/05 | 11,200.00 | $ 16.36 | ($183,650.88) |
| Purchase | 11/10/05 | 1,400.00 | $ 16.10 | ($22,596.00) |
| Purchase | 11/11/05 | 12,500.00 | $ 16.17 | ($202,776.25) |
| Purchase | 03/14/06 | 6,800.00 | $ 18.42 | ($125,322.64) |
| Purchase | 03/14/06 | 27,500.00 | $ 18.42 | ($507,001.00) |
| Purchase | 03/15/06 | 15,600.00 | $ 18.52 | ($289,224.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 03/15/06 | 4,900.00 | $ 18.53 | ($90,821.99) |
| Purchase | 03/16/06 | 17,700.00 | $ 18.43 | ($326,565.00) |
| Purchase | 03/16/06 | 11,700.00 | $ 18.25 | ($213,993.00) |
| Purchase | 03/16/06 | 4,700.00 | $ 17.99 | ($84,753.69) |
| Purchase | 03/16/06 | 14,400.00 | $ 18.40 | ($265,003.20) |
| Purchase | 03/17/06 | 27,300.00 | $ 18.00 | ($492,429.21) |
| Purchase | 03/20/06 | 11,700.00 | $ 18.08 | ($212,054.31) |
| Purchase | 03/21/06 | 14,600.00 | $ 18.16 | ($265,749.20) |
| Purchase | 03/22/06 | 18,600.00 | $ 18.13 | ($337,909.92) |
| Purchase | 03/23/06 | 4,700.00 | $ 18.32 | ($86,143.95) |
| Purchase | 04/03/06 | 2,500.00 | $ 18.00 | ($45,004.75) |
| Purchase | 04/04/06 | 2,100.00 | $ 17.97 | ($37,757.79) |
| Purchase | 04/05/06 | 1,000.00 | $ 17.90 | ($17,937.30) |
| Purchase | 04/05/06 | 100.00 | $ 17.91 | ($1,791.14) |
| Purchase | 04/07/06 | 1,500.00 | $ 18.07 | ($27,165.00) |
| Purchase | 04/10/06 | 2,200.00 | $ 17.83 | ($39,307.62) |
| Purchase | 04/11/06 | 2,200.00 | $ 17.41 | ($38,380.10) |
| Purchase | 04/12/06 | 700.00 | $ 17.50 | ($12,276.60) |
| Purchase | 04/17/06 | 700.00 | $ 17.50 | ($12,250.35) |
| Purchase | 06/26/06 | 19,500.00 | $ 14.01 | ($274,076.40) |
| Purchase | 06/27/06 | 13,900.00 | $ 14.00 | ($194,615.29) |
| **Class period purchases:** | | **388,500.00** | | **($6,779,511.98)** |
| | | | | |
| Sale | 05/31/06 | -4,700.00 | $ 16.82 | $78,876.26 |
| Sale | 06/01/06 | -3,800.00 | $ 17.06 | $64,685.02 |
| Sale | 06/05/06 | -4,900.00 | $ 16.40 | $80,383.99 |
| Sale | 06/05/06 | -4,400.00 | $ 16.77 | $73,594.77 |
| Sale | 06/06/06 | -12,700.00 | $ 16.12 | $204,773.59 |
| Sale | 06/07/06 | -4,900.00 | $ 16.24 | $79,401.56 |
| Sale | 06/07/06 | -2,100.00 | $ 16.18 | $33,973.17 |
| Sale | 06/08/06 | -11,000.00 | $ 15.61 | $171,262.52 |
| Sale | 06/09/06 | -6,700.00 | $ 15.92 | $106,393.39 |
| Sale | 06/12/06 | -4,600.00 | $ 15.44 | $70,852.53 |
| Sale | 06/12/06 | -1,900.00 | $ 15.18 | $28,830.47 |

| | | | | |
|---|---|---|---|---|
| Sale | 06/13/06 | -9,500.00 | $ 15.13 | $143,348.68 |
| Sale | 06/13/06 | -2,800.00 | $ 15.03 | $42,072.06 |
| Sale | 06/14/06 | -6,600.00 | $ 15.05 | $99,255.01 |
| Sale | 06/15/06 | -13,100.00 | $ 14.56 | $190,604.38 |
| Sale | 06/15/06 | -9,000.00 | $ 14.43 | $129,714.81 |
| Sale | 06/15/06 | -3,000.00 | $ 14.72 | $44,049.14 |
| Sale | 06/16/06 | -12,600.00 | $ 14.44 | $181,462.13 |
| Sale | 06/19/06 | -10,900.00 | $ 14.35 | $155,963.29 |
| Sale | 06/20/06 | -5,500.00 | $ 14.15 | $77,789.61 |
| Sale | 06/21/06 | -7,600.00 | $ 14.02 | $106,272.08 |
| Sale | 06/23/06 | -10,500.00 | $ 13.93 | $146,080.95 |
| Sale | 06/23/06 | -6,100.00 | $ 13.85 | $84,214.61 |
| Sale | 06/23/06 | -3,000.00 | $ 13.65 | $40,888.74 |
| (matched to class period purchases): | | -161,900.00 | | $2,434,742.76 |
| FIFO Retained purchases: | | 226,600.00 | $12.61 | $2,856,315.66 |
| LIFO Retained purchases: | | 226,600.00 | $12.61 | $2,856,315.66 |

FIFO Gain/(Loss):  ($1,488,453.56)
LIFO Gain/(Loss):  ($1,488,453.56)
NET Gain/(Loss):   ($4,344,769.22)

*Value of retained purchases is the mean trading price from 7/19/2006 to 10/17/2006.