# Exhibit C

## LABATON SUCHAROW & RUDOFF LLP FILES CLASS ACTION LAWSUIT AGAINST SEMTECH CORP.

**Business Editors/Legal Writers**

NEW YORK - August 20, 2007 - Labaton Sucharow & Rudoff LLP filed a class action lawsuit on August 10, 2007 in the United States District Court for the Southern District of New York, on behalf of persons who purchased or otherwise acquired publicly traded securities of Semtech Corp. ("Semtech" or the "Company") (NASDAQ: SMTC) between September 11, 2002 and July 19, 2006, inclusive, (the "Class Period"). The lawsuit was filed against Semtech and certain officers and directors ("Defendants").

The complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Specifically, the complaint alleges that Defendants artificially inflated Semtech's previously reported financial results through an improper stock option backdating scheme that was perpetrated at the highest levels of the Company. Defendants carried out this scheme by intentionally manipulating the grant date of stock options awarded to themselves and other officers and directors of the Company, selecting dates on which Semtech stock was trading at a much lower price than the actual date of grant. In public disclosures, however, Defendants falsely claimed that the grants were dated and priced as of the date of the actual grants.

On July 20, 2006, Semtech revealed that it expected to record material amounts of additional compensation expense and restate its financial results from fiscal 2002 through 2006, and that its prior financial statements should not be relied upon. Semtech's share price fell in reaction to the announcement, falling from $13.19 to $12.37 per share. Semtech shares continued to fall in reaction to the news on July 21, 2006, closing at $11.60 per share.

Plaintiff is represented by the law firm of Labaton Sucharow & Rudoff LLP. Labaton Sucharow is one of the country's premier national law firms that represent individual and institutional investors in class action, complex securities and corporate governance litigation. The firm has been a champion of investor rights for over 40 years and has been recognized for its reputation for excellence by the courts.

If you bought Semtech securities between September 11, 2002 and July 19, 2006, inclusive, you may qualify to serve as Lead Plaintiff. Lead Plaintiff papers must be filed with the court no later than sixty days from today. If you have any questions about the lawsuit, please contact one of our representatives or Andrei Rado, Esq. at 800-321-0476.

Source: The Law Firm of Labaton Sucharow & Rudoff LLP