**EXHIBIT E**

# Baron & Budd, P.C.'s Firm Resume

I. **FIRM OVERVIEW**

   A. **Brief History**

**Baron & Budd, P.C.**

Baron & Budd is one of the largest and most accomplished plaintiffs' law firms in the country. Since it was founded in 1977, Baron & Budd has garnered national acclaim for championing the rights of people and communities harmed by corporate misconduct. Baron & Budd was named to "The Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States by *The National Law Journal* in 2003 and 2004. In 2004, *American Lawyer* named Baron & Budd one of the 16 most successful plaintiffs' firms in the country. With over 60 attorneys and more than 300 staff, Baron & Budd has the resources to prosecute even the largest and most complex claims. Additional information regarding the firm can be found at the firm's securities litigation website, www.securitiesactions.com. Additionally, general information about the firm can be found at www.baronandbudd.com.

   B. **Representative Clients**

Baron & Budd currently monitor the investment portfolios and provide securities litigation counsel to:

- Public Employees' Retirement System of Mississippi
- State of Georgia Public Employees' Retirement System
- Louisiana School Employees' Retirement System ("LSERS")
- Louisiana Education Quality Trust Fund
- City of Shreveport Employees' Retirement System
- Many union pension funds, including that of the Louisiana AFL-CIO

Baron & Budd also represents:

- Over 140 municipalities, water providers and private well owners in 18 states in litigation seeking clean-up for contamination caused by the gasoline additive MTBE.

- The City of Los Angeles in litigation against Hotels.com for failing to remit sufficient sales tax to the city.

- The City of El Paso, Texas in litigation against ASARCO, Inc. seeking clean-up costs for lead and arsenic contamination released into the community from smelter operations.

C.  **Notable Accomplishments and Activities**

- Baron & Budd has been named lead counsel on behalf of the Public Employees' Retirement system of Mississippi in the securities class action *Ley v. Visteon Corp., et al.*, No. 05-CV-70737-DT, United States District Court, Eastern District of Michigan. Baron & Budd seeks the return of the nearly $2.3 billion in lost market capitalization incurred by Visteon shareholders.

- Baron & Budd has been named co-lead counsel in *In re: 7-Eleven, Inc. Shareholders Litigation*, No. 05-08944-M, 298th District Court, Dallas County, Texas. Baron & Budd represents shareholders in an effort to increase the amount of a tender offer in a transaction turning a publicly traded company into a privately held entity.

- Baron & Budd filed putative class actions against 43 different mutual fund families across 11 states in January 2005. In these suits, Baron & Budd has alleged that the mutual fund companies breached fiduciary duties owed to fund shareholders by failing to file proof of claim forms in settled securities cases for which the fund was eligible. As a result, the funds' shareholders did not obtain recoveries to which they were rightfully entitled. A recent law review article by professors at Duke University and Vanderbilt University estimate that institutional investors such as these mutual funds leave more than $1 billion per year unclaimed.

- Baron & Budd was the lead firm representing the City of Santa Monica in achieving a landmark $300+ million settlement with several oil companies to pay for clean up costs of the city's drinking water supply, which was contaminated with the gasoline additive MTBE. *City of Santa Monica, et al. v. Shell Oil, et al.*, No. 01-CC-04331, California Superior Court, Orange County.

- Baron & Budd served as lead counsel representing Communities for a Better Environment, a California environmental group, in reaching an unprecedented multi-million dollar agreement in March 2004 with Exxon Mobil, whereby the oil company will upgrade gas stations, clean up groundwater contamination, and enact other changes to its gasoline distribution system to protect California drinking water from contamination caused by leaking underground storage tanks throughout the state.

- Baron & Budd has played a lead role in representing plaintiffs injured by the diet drugs commonly known as "Fen-Phen" in claims filed both with the AHP Settlement Trust and in numerous state courts. The firm was instrumental in negotiating the Seventh Amendment to the AHP Settlement Agreement, which commits the defendants to an additional $1.275 billion in funds to the Trust, plus a guaranteed surgery benefit for progression claims, for most Level I and II Matrix claims on-file with the Trust.

- Baron & Budd managing shareholder Russell Budd was a chief architect of an accord with Halliburton Co. in December 2002 that created a $4 billion trust fund for asbestos victims.

- Baron & Budd secured a $400+ million settlement in May 2004 with Travelers Insurance Co. to resolve a suit involving bad faith settlement practices in asbestos cases by the insurance company.

- Baron & Budd achieved a confidential settlement with Conoco, Inc. and Condea Vista Chemical Company on behalf of over 850 workers injured by exposure to eyhylene dichloride (EDC) and other contaminants resulting from one of the largest chemical spills in U.S. history. (*Robin, et al., v. Conoco, Inc., el al.*, 97-8548, 14th Judicial Dist., Ct., Calcasieu Parish, LA).

- Baron & Budd represents over 800 former students of Beverly Hills High School, many of whom have developed cancers caused by their exposure to toxic substances released during oil drilling operations on the school grounds. *Moss, et al. v. Venoco, et al.*, BC 297083, Los Angeles County Superior Court, California. The highly-publicized lawsuit has been the subject of articles in *People, Glamour, Vanity Fair*, and several other publications. It is currently set for trial in March 2006.

- Baron & Budd is lead counsel in a case brought by over 2,200 residents in the vicinity of Gulf Port, Mississippi, many of whom have been diagnosed with cancer and other diseases caused by dioxin emissions from a local DuPont

- chemical plant. *Govan, et al. v. DuPont, et al.*, 2002-376-CV12, Mississippi Circuit Court, Jones County. The case is set for trial in September 2005.
- Baron & Budd represents over 1,200 former workers and their family members injured by exposure to mercury and other hazardous substances released by a West Virginia light bulb manufacturing plant. *Fullen, et al. v. Phillips Electronics North America Corp., et al.*, 01-C-319, West Virginia Circuit Court, Marion County.

- Baron & Budd attorneys, through the non-profit Trial Lawyers Care created by the Association of Trial Lawyers of America, provided pro bono representation to claimants seeking compensation through the September 11th Victims Compensation Fund ("VCF"). Final awards have been granted in 13 cases handled by Baron & Budd attorneys. To our knowledge, Baron & Budd attorneys handled the greatest number of pro bono VCF claims of any law firm based outside of the mid-Atlantic region.

## II. THE BARON & BUDD ATTORNEY TEAM

Baron & Budd believes in a team approach to litigation in order to parlay the talents of many attorneys, paralegals and other staff professionals on behalf of our clients.

**Russell Budd:** Managing shareholder of Baron & Budd, P.C. Russell Budd helped build Baron & Budd into one of the largest trial law firms in the country. He was a chief negotiator in a national settlement with Halliburton, which allocated $4 billion of the company's assets to asbestos victims. As chair and member of several asbestos creditors' bankruptcy committees, he has successfully resolved over 100,000 victims' claims with some of Wall Street's biggest companies. Russell has also successfully tried dozens of cases. In 2003 and 2005, Russell was named to the D Magazine list of "Best Lawyers in Dallas" and in both 2003 and 2004, to the Law & Politics Media lists of "Texas Super Lawyers" and "Top 100 Dallas/Fort Worth Super Lawyers." Russell has also received the top rating from the Martindale-Hubbell Law Directory, a reflection of having achieved the highest levels of professional skill and integrity as established by confidential opinions from members of the bar and the judiciary. Russell is a member of the American Board of Trial Advocates, the Association

of Trial Lawyers of America, Dallas Trial Lawyers Association, and Trial Lawyers for Public Justice.

**Burton LeBlanc:** In 1996 Burton founded LeBlanc & Waddell and began not only to litigate cases but to also follow his passion to serve as an advocate for victims' rights and consumers at the Louisiana Legislature and before the United States Congress. Burton has served as president of the Louisiana Association for Justice (Louisiana Trial Lawyers Association). He has been appointed to numerous committees by federal courts and the Louisiana Supreme Court. He has testified before the Louisiana legislature, appeared on radio and television shows, and spoken at numerous legal seminars. Burton is active in the American Association for Justice where he serves on the Board of Governors, National Finance Committee, PAC Committee and the Leaders Forum. Most recently, Burton was a recipient of the Wiedemann Wysocki National Finance Council Award and also serves as Vice-President of the Council of Presidents for State Trial Lawyer Associations. He also serves as President of Cancer Services of Greater Baton Rouge, one of the largest non-profits in the greater Baton Rouge area.

    Burton's firm, LeBlanc & Waddell, joined forces with the Dallas-based plaintiffs' firm Baron & Budd, PC in 2004 in order to create an even stronger force to battle corporate misconduct. Burton currently serves as "of counsel" to Baron & Budd while maintaining his oversight duties at LeBlanc & Waddell.