UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| MIDDLESEX COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | : : : : | Electronically Filed |
| Plaintiff, | : : : | Civil Action No.: 1:07-cv-07183-DC (ECF Case) |
| vs. | : : | Hon. Denny Chin |
| SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN | : : : : : | |
| Defendants. | : | |
| ------------------------------------------------------- x | | |
| LAWRENCE CHAYT, On Behalf of Himself and All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : : : | Civil Action No.: 1:07-cv-08641-DC (ECF Case) |
| vs. | : : | |
| SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN | : : : : : | |
| Defendants. | : | |
| ------------------------------------------------------- x | | |

**CERTIFICATE OF SERVICE**

I, Christopher J. Keller, hereby certify, that on October 19, 2007, I electronically filed true and correct copies of the foregoing documents:

- Motion of the Mississippi Public Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

- Memorandum of Law in Support of the Motion of the Mississippi Public Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the Mississippi Public Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

- Exhibits A-F

with the Clerk of the Court using the ECF system which will send notification to the following:

ctorell@cmht.com; efinberg@cmht.com; stoll@cmht.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants on the attached Service List.

/s/  Christopher J. Keller
Christopher J. Keller (CK-2347

**SERVICE LIST**

Middlesex County Retirement System v. Semtech Corp., et al.
Case No.: 1:07-cv-7183-DC


Kevin C. Logue
Paul Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

Christopher H. McGrath
Paul Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130

Thomas A. Zaccaro
Paul Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

John Clarke, Jr.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Robert W. Brownlie
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Michele A. Higgins
Kirkpatrick & Lockhart
Preston Gates & Ellis
599 Lexington Avenue
New York, NY 10022-6030

Michael J. Quinn
Kirkpatrick & Lockhart
Preston Gates & Ellis
10100 Santa Monica Blvd, 7th Floor
Los Angeles, CA 90067

Grace L. Chan
HOWREY LLP

Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022


Robert E. Gooding, Jr.
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614


Bert H. Williams
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560